

| | | |
|---|---|---|
| *William Cafaro, Esq.*<br>*Partner*<br>ADMITTED IN NY, CA, MD & TX<br>Email: bcafaro@cafaroesq.com<br><br>*Amit Kumar, Esq.*<br>*Managing Attorney*<br>ADMITTED IN NY & NJ<br>Email: akumar@cafaroesq.com<br><br>*Andrew S. Buzin, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY, FL & DC | 108 West 39th Street, Suite 602<br>New York, New York 10018<br>Telephone: 212.583.7400<br>Facsimile: 212.583.7401<br>www.cafaroesq.com | *Louis M. Leon, Esq.*<br>*Associate*<br>ADMITTED IN NY<br>Email: lleon@cafaroesq.com<br><br>*Matthew S. Blum, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY<br>Email: ablum@cafroesq.com |

July 23, 2025

**Via ECF**
Hon. Jennifer L. Rochon, U.S.D.J
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re: *Erika Brito v. JLM Decorating, et al.*
        Case No. 25-cv-02350-JLR

Your Honor,

  This office represents the Plaintiff in the above referenced employment action. We write, with Defendants' consent, to request an adjournment of the initial pretrial conference currently scheduled for **August 25, 2025 at 2:00PM**. We further write to request that this conference be held remotely.

  I am requesting this relief because my wife is currently pregnant with a due date in the first week of August and after the baby is born I will be taking parental leave from my firm. Moreover, after the baby is born, I have been granted an accommodation from my firm to work remotely until the end of the year to the extent possible.

  Given the above, I request the Court adjourn the initial pretrial conference and that the conference be held remotely. The Parties have conferred and we are available on September 10, 15, 17.

            \*\*\*

We thank the Court for its courtesy in this regard.

Respectfully Submitted,
LAW OFFICES OF WILLIAM CAFARO

_____
By Amit Kumar, Esq.
*Attorneys for Plaintiffs*
108 West 39th Street, Suite 602
New York, New York 10018
(212) 583-7400
AKumar@CafaroEsq.com

The request for an adjournment is GRANTED. The initial pretrial conference shall be held remotely over Microsoft Teams on September 15, 2025 at 12:30 p.m. Log-in credentials will be sent to the email addresses listed on the docket. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 393 238 96#.

Dated: July 24, 2025
       New York, New yrok

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**