UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ERIKA BRITO,

                                                  Case No.: 25-cv-02350

      -vs.-

JLM DECORATING, INC., JLM DECORATING
NYC INC., COSMOPOLITAN INTERIOR NY
CORPORATION, MOSHE GOLD, and SAM GOLD,

                      Defendants.
-----------------------------------------------------------------X

## ~~[PROPOSED]~~ JUDGMENT

WHEREAS, a notice of acceptance of offer of judgment having been filed by Plaintiff on January 8, 2026, accepting Defendants' December 29, 2025 offer to allow entry of judgment against them in favor of the Plaintiff in the amount of Five Thousand Dollars $5,000.00 inclusive of attorneys' fees and costs to fully and finally resolve any and all claims under the Fair Labor Standards Act ("FLSA"); it is

NOW THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED that a judgment be entered against the Defendants JLM DECORATING, INC., JLM DECORATING NYC INC., COSMOPOLITAN INTERIOR NY CORPORATION, MOSHE GOLD, and SAM GOLD in the amount of $5,000.00.

The Clerk of Court is respectfully directed to close the case.

Dated: New York, New York

    January 9, 2026

                                                 *Jennifer Rochon*

                                         United States District Judge